**No. 10-347. Zvi Guttman, Petitioner v. Stephanie Rawlings-Blake, Mayor of the City of Baltimore, Maryland, et al.**

562 U.S. 1044, 131 S. Ct. 601, 178 L. Ed. 2d 435, 2010 U.S. LEXIS 8892.

November 15, 2010. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 190 Md. App. 395, 988 A.2d 1095.